IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CARL D. GORDON,** | ) | Civil Action No. 7:16cv00285 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHN COMBS,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Gordon's motion for reconsideration is **DENIED**; defendants' motion for a protective order is **DENIED**; defendants' motion for summary judgment is **GRANTED in part and DENIED part**; and this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of mediation to be held within the next sixty days.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 25th day of September, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE